FILED
February 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                              )   Case No. 2:07-cr-45 EJG
                Plaintiff,                        )
v.                                                      )   ORDER FOR RELEASE
                                                              )   OF PERSON IN CUSTODY
Paul Farris,                                    )
                                                              )
                Defendant.                   )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Paul Farris  Case  2:07-cr-45 EJG  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_    Release on Personal Recognizance

      \_    Bail Posted in the Sum of _____

      X    Unsecured bond in the amount of $25,000

      \_    Appearance Bond with 10% Deposit

      \_    Appearance Bond secured by Real Property

      \_    Corporate Surety Bail Bond

      X    (Other)  PTS conditions/supervision; passport surrendered

Issued at  Sacramento, CA  on  2/16/07  at  2:31 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge