1 | WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
2 | 400 Capitol Mall, Suite 1100
Sacramento, CA 95814
3 | (916) 444-7900
(916) 444-7998 fax
4 |
Attorney for Defendant Paul Warren Farris
5 |

FILED

MAR 13 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:07-cr-00045 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| PAUL WARREN FARRIS, | ) | |
| Defendant. | ) | |

   Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were

\\\
\\\
\\\
\\\

1  personally present; and further agrees to be present in person in Court, ready for trial, on any day
2  which the Court may fix in his absence.

4  DATED: March 09, 2007

/s/ Paul Warren Farris
PAUL WARREN FARRIS
Defendant

7  DATED: March 09, 2007

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant

12  **IT IS SO ORDERED.**

13  DATED: March __9__, 2007

THE HON. EDWARD J. GARCIA
United States District Court

- 2 -