McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   CR. NO. S-07-045 EJG
                             )
            Plaintiff,       )
                             )   STIPULATION; ORDER
     v.                      )
                             )
PAUL WARREN FARRIS,          )
                             )
            Defendants.      )
_____)

    Defendant Paul Warren Farris, through William J. Portanova, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 21, 2007.  The parties further stipulate that a status conference be placed on the court's October 5, 2007, calendar.

    The United States has conveyed a plea offer in the form of a written plea agreement to defense counsel.  Defense counsel needs to discuss this plea agreement with the defendant.  He will need a little time to do so.

    Accordingly, both parties request that the status conference in this case be continued to October 5, 2007.  Both parties

1

1  agree that time should be excluded through October 5, 2007, from
2  computation under the Speedy Trial Act pursuant to local code T4
3  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
4  reasonable time to prepare his case.

5  DATED: September 20, 2007          Respectfully submitted,

6                                     McGREGOR W. SCOTT
                                      United States Attorney
7

8
                                      By:/s/ Kenneth J. Melikian
9                                        KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney
10

11 DATED: September 20, 2007          /s/ Kenneth J. Melikian
                                      WILLIAM J. PORTANOVA
12                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
13                                    per  authorization by William J.
                                      Portanova)
14

15

16      IT IS SO ORDERED.

17

18 DATED: September 20, 2007          /s/ Edward J. Garcia
                                      HONORABLE EDWARD J. GARCIA
19                                    U.S. District Court Judge