```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
5
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9
10
11 UNITED STATES OF AMERICA,     )   CR. NO. S-07-045 EJG
                                 )
12              Plaintiff,       )
                                 )   STIPULATION; ORDER
13      v.                       )
                                 )
14 PAUL WARREN FARRIS,           )
                                 )
15                               )
                Defendants.      )
16 _____ )
```

17      Defendant Paul Warren Farris, through William J. Portanova,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 status conference scheduled for October 5, 2007.  The parties
21 further stipulate that a status conference be placed on the
22 court's November 2, 2007, calendar.
23      The United States has conveyed a plea offer in the form of a
24 written plea agreement to defense counsel.  The government has
25 agreed to keep this offer open through the November 2nd status
26 conference.  If the defendant does not plead guilty on that date,
27 the government's plea offer will be withdrawn, and the parties
28 will request that the court set a trial date.

1    Accordingly, both parties request that the status conference
2 in this case be continued to November 2, 2007.  Both parties
3 agree that time should be excluded through November 2, 2007, from
4 computation under the Speedy Trial Act pursuant to local code T4
5 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
6 reasonable time to prepare his case.

DATED:  October 3, 2007              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                     By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney


DATED: October 3, 2007               /s/ Kenneth J. Melikian
                                     WILLIAM J. PORTANOVA
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
                                     per  authorization by William J.
                                     Portanova)



     IT IS SO ORDERED.


DATED: October 3, 2007               /s/ Edward J. Garcia
                                     HONORABLE EDWARD J. GARCIA
                                     U.S. District Court Judge

2