```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-045 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| PAUL WARREN FARRIS, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Paul Warren Farris, through William J. Portanova, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 2, 2007.  The parties further stipulate that a status conference be placed on the court's November 16, 2007, calendar.

The United States has conveyed a plea offer in the form of a written plea agreement to defense counsel.  Due to defense counsel's busy schedule, he has not been able to fully discuss this agreement with his client.  The government has agreed to extend this offer through the November 16th status conference. If the defendant does not plead guilty on that date, the

1  government's plea offer will be withdrawn, and the parties will
2  request that the court set a trial date.
3     Accordingly, both parties request that the status conference
4  in this case be continued to November 16, 2007.  Both parties
5  agree that time should be excluded through November 16, 2007,
6  from computation under the Speedy Trial Act pursuant to local
7  code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
8  defendant reasonable time to prepare his case.

DATED: November 1, 2007              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                     By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

DATED: November 1, 2007              /s/ Kenneth J. Melikian
                                     WILLIAM J. PORTANOVA
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
                                     per  authorization by William J.
                                     Portanova)



    IT IS SO ORDERED.


DATED: November 1, 2007              /s/ Edward J. Garcia
                                     HONORABLE EDWARD J. GARCIA
                                     U.S. District Court Judge