McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-045 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| PAUL WARREN FARRIS, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Paul Warren Farris, through William J. Portanova, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 30, 2007.  The parties further stipulate that a status conference be placed on the court's December 14, 2007, calendar.

The United States has conveyed a plea offer in the form of a written plea agreement to defense counsel.  Before he and the defendant can decide whether to accept this plea offer, defense counsel must first examine a recently obtained copy of the defendant's file maintained by the defendant's bankruptcy attorney.  This file is voluminous, and will take some time to

examine.  After that examination, if the defendant decides to accept the government's offer, he will plead guilty on December 14th.  If the defendant does not plead guilty on December 14th, the government's offer will be withdrawn, and the parties will be requesting that the court set a trial date.

    Accordingly, both parties request that the status conference in this case be continued to December 14, 2007.  Both parties agree that time should be excluded through December 14, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: November 29, 2007        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By:<u>/s/ Kenneth J. Melikian</u>
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

DATED: November 29, 2007        <u>/s/ Kenneth J. Melikian</u>
                                        WILLIAM J. PORTANOVA
                                        Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
                                        per  authorization by William J.
                                        Portanova)

    IT IS SO ORDERED.

DATED: November 29, 2007        <u>/s/ Edward J. Garcia</u>
                                        HONORABLE EDWARD J. GARCIA
                                        U.S. District Court Judge