WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Paul Warren Farris

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL WARREN FARRIS, ) <br> ) <br> Defendant. ) <br> _____ ) | **CASE NO. 2:07-cr-00045 EJG** <br><br> **STIPULATION AND ORDER RE: CONDITIONS OF RE-TRIAL RELEASE** |

At the request of Pre-trial Services Officer Gina Faubion, and with the Court's permission, it is hereby agreed to and stipulated between the United States of America and defendant Paul Warren Farris, by and through their undersigned attorneys, that the defendant's conditions of pre-trial release be amended to include the following conditions:

7. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall participate in a program of medical or psychiatric

treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer;

9. You shall submit to drug or alcohol testing as approved by the pretrial services officer.

All other conditions of pretrial release shall remain in effect.

**SO STIPULATED.**

DATED: May 15, 2008          /s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Paul Warren Farris

DATED: June 3, 2008           /s/ Benjamin Wagner by WJP for
_____
KENNETH J. MELIKIAN
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED:   June 3, 2008         /s/ Edward J. Garcia, Judge
THE HON. EDWARD J. GARCIA
United States District Court