AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case