WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Paul Warren Farris

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 2:07-cr-00045 EJG** |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER** |
| ) | **RE: RESTITUTION** |
| PAUL WARREN FARRIS, ) | |
| Defendant. ) | |

    With the Court's permission, the United States of America, and defendant Paul Warren Farris, by and through their undersigned attorneys, hereby stipulate and agree that the issue of restitution in the above-referenced matter is resolved.

    At the time of the defendant's sentencing on June 20. 2008, it was ordered by this court that the matter of restitution was to be determined.  In subsequent consultation with attorney Tom Phinney, representing the U.S. Bankruptcy Trustee, it has been determined that the matter is closed and there is no restitution outstanding.  Accordingly, it is hereby requested that this court so order.

//

//

**The matter of restitution in this matter has been resolved.**

**SO STIPULATED.**

DATED: July 21, 2008                    /s/ William J. Portanova
                                        _____
                                        WILLIAM J. PORTANOVA
                                        Attorney for Defendant Paul Warren Farris

DATED: July 21, 2008                     /s/ Kenneth J. Melikian, by WJP
                                        _____
                                        KENNETH J. MELIKIAN
                                        Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: July 23, 2008                     /s/ Edward J. Garcia
                                        _____
                                        THE HON. EDWARD J. GARCIA
                                        United States District Court